| | |
|---|---|
| Colorado Supreme Court<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED<br>June 22, 2020<br>CASE NUMBER: 2018SC415 |
| Certiorari to the Court of Appeals, 2014CA1225<br>District Court, Arapahoe County, 2013CR2039 | |
| **Petitioner:**<br><br>Jamale D. Townsell,<br><br>**v.**<br><br>**Respondent:**<br><br>The People of the State of Colorado. | Supreme Court Case No:<br>2018SC415 |
| ORDER OF COURT | |

Upon consideration of the Petition for Writ of Certiorari to the Colorado Court of Appeals and after review of the record, briefs, and the judgment of said Court of Appeals,

IT IS ORDERED that said Petition for Writ of Certiorari shall be, and the same hereby is, DENIED.

BY THE COURT, EN BANC, JUNE 22, 2020.